UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL A-1 ADVERTISING, INC. : <br> 106 S. 7th Street : <br> Philadelphia, PA 19106 : <br>              Plaintiff, : <br>   v. : <br> : <br> JOHN DOE a/k/a RICHARD MCCONNELL,: <br> et al, : <br> : <br>              Defendants. : | No. 2:11-cv-04230-JCJ |

**MOTION OF DEFENDANTS, ONLINENIC, INC. AND REX W. LIU, TO DISMISS PURSUANT TO RULES 12(b)(6) AND 9(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), Defendants OnlineNIC, Inc. and Rex W. Liu hereby move this Honorable Court for an Order, in the form proposed, dismissing Plaintiff's Complaint and any and all claims asserted therein with prejudice (the "Motion"). In support of such Motion, Defendants OnlineNIC, Inc. and Rex W. Liu rely upon the accompanying Memorandum of Law, which is incorporated herein by reference.

Respectfully submitted,

DEEB PETRAKIS BLUM & MURPHY, P.C.

Dated:                                                 By:   /s/ Adam S. Barrist
                                                        ADAM S. BARRIST
                                                        DAVID P. DEAN
                                          1601 Market Street, Suite 2600
                                          Philadelphia, PA  19103
                                          Attorney ID Nos:   88645 / 210044
                                          215-563-0500
                                          215-563-5532-fax
                                          abarrist@dpattorneys.com;
                                          ddean@dpattorneys.com
                                          Attorneys for Defendants,
                                          OnlineNIC, Inc. and Rex W. Liu