UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL A-1 ADVERTISING, INC.<br>106 S. 7th Street<br>Philadelphia, PA 19106<br>  Plaintiff,<br>v.<br><br>JOHN DOE a/k/a RICHARD MCCONNELL,<br>et al,<br>  Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:   No. 2:11-cv-04230-JCJ<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I hereby certify that I caused true and correct copies of the Motion of Defendants, OnlineNIC, Inc. and Rex W. Liu, to Dismiss Pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, the Memorandum of Law in Support of the Motion, and the proposed form of Order Entry of Appearance was served on the following person(s) in the manner indicated below at the following addresses:

via CM/ECF and first-class mail:

>Andrew L. Miller, Esquire
>Andrew L. Miller & Associates, PC
>15 S. Asaphs Road
>Bala Cynwyd, PA  19004

via first-class mail:

>John Doe a/k/a Richard McConnell
>P.O. Box 55278
>Sherman Oaks, CA  91413-0278

>Perry J. Narancic, Esquire
>351 Embarcadero
>Oakland, CA  94606-5115

                                              DEEB PETRAKIS BLUM & MURPHY, P.C.

Dated: July 14, 2011          By:   /s/ Adam S. Barrist
                                                ADAM S. BARRIST
                                                DAVID P. DEAN
                                          Attorneys for Defendants,
                                          OnlineNIC, Inc. and Rex W. Liu